# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

    **DANIEL NAVELLE RICHARDS**                     **CASE NO. 20-13455-JDW**

          **DEBTOR**                                                 **CHAPTER 7**

## NOTICE OF CANCELLATION OF HEARING

NOTICE IS HEREBY GIVEN that the hearing for the Reaffirmation Agreement between Debtor and TD Auto Finance, LLC (dkt. #18) in the above styled and number case which was scheduled on March 30, 2021 at 10:29 a.m., in the Oxford Federal Building, 911 Jackson Avenue, Oxford, MS, has been canceled.

                                                  FOR THE COURT

                                                  SHALLANDA J. CLAY, CLERK

                                                  By:    EL
                                                            Deputy Clerk
                                                            703 Highway 145 North
                                                            Aberdeen, MS  39730
                                                            Telephone:  (662) 369-2596

DATE OF ISSUANCE:  March 29, 2021.